■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ANTHONY PETRALIA, Respondent. — Appeal by the People from an order of the Supreme Court, Queens County (Eiber, J.), dated December 3, 1981, which, after a hearing, granted defendant's motion to suppress physical evidence. Order affirmed. The People concede that affirmance is mandated by this court's prior decisions in *People v Delgado* (79 AD2d 976) and *People v Petro* (83 AD2d 566, app dsmd 56 NY2d 782), but urge that this court overrule those decisions. The holding in those cases followed the reasoning set forth by the Court of Appeals in *People v Havelka* (45 NY2d 636) and *People v Lypka* (36 NY2d 210), and has been followed by subsequent decisions of this court (see, e.g., *People v Calderon,* 88 AD2d 604; *People v Green,* 87 AD2d 892). Accordingly, we affirm the order of suppression. Gibbons, J. P., Thompson, Bracken and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PITELLO, Appellant. — Judgment of the County Court, Nassau County (Thorp, J.), rendered July 26, 1982, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Gibbons, Weinstein and Niehoff, JJ., concur.